IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 02-30107 |
| NOLAN RAMON NELSON, | ) ) ) | |
| Defendant. | ) | |

OPINION

RICHARD MILLS, U.S. District Judge:

On August 22, 2005, the Defendant was sentenced to a term of 262 months of imprisonment. Pending before the Court is the Defendant's motion to determine his eligibility for Criminal Justice Act representation and to inform the Seventh Circuit that new counsel should be appointed.

The Court concludes that the Defendant is unable because of his financial condition to retain an attorney to provide an adequate defense on the appeal filed in this case and is eligible for Criminal Justice Act representation.

1

The Court hereby informs the Seventh Circuit that new counsel should be appointed to represent the Defendant on appeal on the limited issue preserved in the Defendant's Plea Agreement concerning the starting point for the downward departure from the mandatory life sentence imposed by statute.

Ergo, the Defendant's motion to determine his eligibility for Criminal Justice Act representation [d/e 56] is ALLOWED.  The Court hereby requests that the Seventh Circuit appoint new counsel to represent the Defendant on appeal.

ENTER: August 31, 2005

    FOR THE COURT:

                                          s/Richard Mills
                                          United States District Judge